**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1644**

———————

MARLENE HOWARD-MOORE,

            Plaintiff - Appellant,

      v.

JOHN M. MCHUGH, Secretary of the Army,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J. Frederick Motz, Senior District
Judge.  (8:11-cv-02838-JFM)

———————

Submitted:  August 16, 2012          Decided:  August 20, 2012

———————

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Marlene  Howard-Moore,  Appellant  Pro  Se.    Neil  R.  White,
Assistant  United  States  Attorney,  Greenbelt,  Maryland,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlene Howard-Moore appeals the district court's order dismissing her employment discrimination action for improper venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Howard-Moore v. McHugh, No. 8:11-cv-02838-JFM (D. Md. May 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED